UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20013-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOHN WILLIE MASON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Alicia Otazo-Reyes on July 22, 2020. A Report and Recommendation was filed on August 10, 2020, [ECF No. 23], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 23] of United States Magistrate Judge Alicia Otazo-Reyes, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to the counts 1 and 2 set forth in the Indictment, charging him with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); and possession of ammunition by a convicted felon, in violation of Title 19 United States Code, Section 922(g)(1).

Sentencing is set on **Tuesday, October 20, 2020 at 10:45 a.m.,** at the United States Courthouse, Courtroom 10-1, 400 N. Miami Ave, Miami Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of August, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Judge Otazo-Reyes
All Counsel of Record
U.S. Probation Office